**ATTACHMENT A**
**DESCRIPTION OF LOCATIONS TO BE SEARCHED**

**2304 19th Avenue NW, Minot, North Dakota 58703**

The SUBJECT PREMISES is a light colored 1.5 story house that sits at the end of a cul-de-sac on the north side of the street.  The house has a white garage door, and the numbers 2304 are located in dark lettering on the front of the residence.  Below is a photo which further identifies the residence:

