AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:23-mj-079 | Date and time warrant executed: 02/11/2023   1130 Hours | Copy of warrant and inventory left with: AT RESIDENCE / HEBER JEFFS |
| Inventory made in the presence of : DAN BREIJO | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED INVENTORY LIST   RH   RH | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/15/2023

_Executing officer's signature_ — SPECIAL AGENT

RANDY W. HEWSON   SPECIAL AGENT
_Printed name and title_

# DEPARTMENT OF HOMELAND SECURITY – INVESTIGATIONS

**EVIDENCE INVENTORY AND RECEIPT**

Copy Distribution
White   Case File
Canary  Subject

PAGE 1 OF 2

Case Number **GJ05PT236J0001**
Date/Time Search Initiated **02/11/2023   1130**
Date/Time Search Terminated **02/11/2023   1545**
Subject(s) Name **Heber Jeffs**
Address of Seizure **2304 19th Ave NW Minot, ND 58703**

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 1 | Ipad pro white case | Sandusky | end table upstairs living room |
| 2 | iphone w/ case in foil | Sandusky | master bedroom desk |
| 3 | Book of Revelations | Sandusky | upstairs living room |
| 4 | Dell laptop S/N BN7RKB2 | Brian Updike | NW bedroom / classroom |
| 5 | Photographs (2) | Brian Updike | NW bedroom, Harmony desk |
| 6 | SanDisk USB drive | Brian Updike | NW Bedroom, James Jeff desk |
| 7 | SanDisk 16GB SD card | Craig Sandusky | Master bedroom table |
| 8 | Seagate external hard drive S/N NA832Y6J | Craig Sandusky | Master bedroom, table |
| 9 | GoPro Black 7 cracked screen | Craig Sandusky | Master bedroom |
| 10 | SD card, PNY, optima 4GB | Dan Peterson | West upstairs bedroom, bedframe |
| 11 | Papers, letter mentioning thumb drives | CA Dan Peterson | West bedroom on bed stand |
| 12 | 2 USB drives, Priesthood recordings, updated | Craig Sandusky | NE bed, envelope inside of briefcase |
| 13 | Purple case, Seagate SSD, S/N NA9W4Q12 | Pat Lenertz | NW Bedroom, west wall file cabinet |
| 14 | Apple iPhone, | Daniel Bredjo | Downstairs bedroom, music desk |
| 15 | Binders with biometrics of JSJ | CA Dan Peterson | West bedroom, container near desk |
| 16 | Black iphone, white iphone, Black Nokia | Craig Sandusky | NE bedroom, dresser drawer |
| 17 | ipad S/N F9FT633PGHMQ | Craig Sandusky | NE bedroom upstairs closet shelf |
| 18 | TBK Journal, black spiral notebook | Brian Updike | NW bedroom, classroom floor |
| 19 | SanDisk USB drive | Brian Updike | NW bedroom, jewel box in tote |

By _____/9491_____
(Agent's Signature)

Date **02/11/2023**   Time _____

Received By _____
Date _____   Time _____

# DEPARTMENT OF HOMELAND SECURITY - INVESTIGATIONS

## EVIDENCE INVENTORY AND RECEIPT

Copy Distribution
White — Case File
Canary — Subject

PAGE 2 OF 2

Case Number **GJ 05 PT 23 GJ 0001**
Date/Time Search Initiated **02/11/2023  1130**
Date/Time Search Terminated **02/11/2023  1545**
Subject(s) Name **Heber Jeffs**
Address of Seizure **2304 14th Ave NW Minot, ND 58703**

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 20 | DJI Mavic drone | Craig Sandusky | NE Bedroom, upstairs on dresser |
| 21 | SD adapter w/ micro SD 256 GB | Craig Sandusky | Upstairs NE bed dresser |
| 22 | blue Kyocera flip phone | Jenna Harbin | NE Bedroom, on person HJ |
| 23 | SanDisk USB with purple tassle | Brian Updike | Living room, plugged into piano |
| 24 | Notebooks and mail | Jenna Harbin | Downstairs bedroom |
| 25 | HP EliteBook SN CNU013NTM | Jenna Harbin | Downstairs bedroom, music desk |
| 26 | Maps with trip outline | Pat Lenertz | Downstairs bedroom closet |
| 27 | Seagate Backup SSD | Craig Sandusky | Downstairs bedroom, music desk |
| 28 | White binder, folder of TKO | Jenna Harbin | Downstairs bedroom |
| 29 | Sandisk iphone adapter/storage | Craig Sandusky | Master bed, plastic container on table |
| 30 | Misc documents | Dan Peterson | Downstairs bedroom, cabinet |
| 31 | Letter from SJ to TJ | Pat Lenertz | Downstairs bedroom, white cabinet |
| 32 | SanDisk iphone USB | SA Halseth | NW bedroom, desk drawer |
| 33 | SanDisk USB drive SN SCDZ430512G | SA Halseth | Downstairs bedroom, sound board |
| 34 | Blue/green note book | Jenna Harbin | Downstairs bedroom |
|  | /// Last item /// |  |  |

By _**[signature] /1441**_ (Agent's Signature)
Received By _____

Date **02/11/2023**   Time _____     Date _____   Time _____